**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-7413**

RICKEY BERNARD ROBERTS,

Petitioner - Appellant,

versus

J. JOSEPH CURRAN, JR., Attorney General, State
of Maryland,

Respondent - Appellee,

and

HARRY K. SINGLETARY, Secretary, Florida
Department of Corrections,

Respondent.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-96-
478-AMD)

Submitted: April 24, 2003                 Decided: May 15, 2003

Before WILLIAMS and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Martin J. McClain, OFFICE OF THE CAPITAL COLLATERAL REGIONAL COUNSEL, Ft. Lauderdale, Florida; H. Mark Stichel, Benjamin D. Hinceman, GOHN, HANKEY & STICHEL, L.L.P., Baltimore, Maryland, for Appellant. J. Joseph Curran, Jr., Attorney General of Maryland, Ann N. Bosse, Assistant Attorney General, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rickey Bernard Roberts appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (1994) (current version at 28 U.S.C. § 2254 (2000)).[*] We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Roberts v. Curran, No. CA-96-478-AMD (D. Md. Aug. 21, 2002); see also Lindh v. Murphy, 521 U.S. 320, 336-37 (1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The district court granted Roberts' motion for a certificate of appealability on September 21, 2002. See 28 U.S.C. § 2253(c) (requiring certificate as prerequisite to appeal from denial of writ). We need not decide whether Roberts properly should have requested a certificate of probable cause to appeal because the standard for both are the same. See Slack v. McDaniel, 529 U.S. 473, 483 (2000) ("Except for substituting the word 'constitutional' for the word 'federal,' § 2253 is a codification of the [certificate of probable cause] standard.").